Paid

1  Bryan Calvin Hamilton
   31019 Dorchester APT 280
2  New Hudson, MI 48165
   248-880-1862
3  ddelhamilton@aol.com

4

5      UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

6                                              Case:2:22-cv-12944
                                               Judge: Leitman, Matthew F.
   Bryan Calvin Hamilton,                      MJ: Grey, Jonathan J.C.
7                                              Filed: 12-05-2022 At 02:35 PM
          Claimant,                            CMP HAMILTON v LAFONTAINE CHEVROLET
8                                              , INC.
   vs.                                                    TORT CLAIM
9
   Lafontaine Chevrolet, Inc.,
10
          Wrongdoer
11
        Claimant Bryan Calvin Hamilton requests an Emergency Injunction be issued to
12 Lafontaine Chevrolet, Inc., to stop the sale of the following automobile 2022 Chevrolet
13 Silverado 1500, Vin Number #1GCUDJED4NZ559321 and states:

14     **JURISDICTIONAL ALLEGATIONS**

15     1. This court has jurisdiction pursuant to title 15 U.S. Code § 1692 k

16     **GENERAL FACTUAL ALLEGATIONS**

17     2. On 6th day of October Two-Thousand-Twenty-Two TIME: 11:00:00
18        LAFONTAINE CHEVROLET, INC. was sent Notice of **RECISSION OF CONSUMER
          CREDIT TRANSACTION/ TERMINATION OF THIRD-PARTY AGREEMENT/
19        ARRANGMENT.**

20     3. LAFONTAINE CHEVROLET, INC. located at 7120 Dexter-Ann Arbor, Dexter
21        Michigan 48130 and its agents and assigns is, has, and are in receipt of a
          "Notice of Rescission" from I, Bryan Calvin Hamilton as evidenced by the
22        signed P.S. 3811 received by LAFONTAINE CHEVROLET, INC. on October 11th
23        2022 signed by Deborah Fischhoff.

24     4. As of Monday October 31st 2022, after executing my right of rescission on
25        October 6th 2022, Time 11:00:00 I, Bryan Calvin Hamilton, Consumer/Natural
          Person have not received the following information from LAFONTAINE
26        CHEVROLET, INC. nor its agents and assigns, the delivery of the information
          and rescission forms required together with a statement containing the
27        material disclosures required. The creditor shall clearly and conspicuously
28        disclose, in accordance with regulations of the Bureau, to any obligor in a

TORT CLAIM - 1

transaction the rights of the obligor. The creditor shall also provide, in accordance with regulations of the Bureau, appropriate forms for the obligor to exercise his right to rescind any transaction. Within 20 days after receipt of a notice of rescission, the creditor shall return to the obligor any money or property given as earnest money, down-payment, **or otherwise**, and **shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction. As such pursuant to Congress If the creditor has delivered any property to the obligor, the obligor may retain possession of it. If the creditor does not take possession of the property within 20 days after tender by the obligor, ownership of the property vests in the obligor without obligation on his part to pay for it.**

5. On Monday November 28th i: man: bryan: was caused harm by way of trespass by Lafontaine Chevrolet, Inc., by way of grand theft auto.

6. On Monday November 28th i: man: bryan: was caused harm by way of trespass by Lafontaine Chevrolet, Inc., by way of Fourth Amendment violation of the Constitution of the United States of America.

7. On Monday November 28th i: man: bryan: was caused harm by way of trespass by Lafontaine Chevrolet, Inc., by way of interference with trade and commerce by threats or violence.

8. On Monday November 28th i: man: bryan: was caused harm by way of trespass by Lafontaine Chevrolet, Inc., by way of identity theft.

9. On Monday November 28th i: man: bryan: was caused harm by way of trespass by Lafontaine Chevrolet, Inc., by way of theft of a financial instrument (credit card see 15 USC 1602 (l)).

10. As a direct and proximate result, the automobile valued at $109,106.76 was stolen, and Claimant suffered money damages as a direct result.
    WHEREFORE Bryan Calvin Hamilton Claimant demands judgement to be made whole by LAFONTAINE CHEVROLET, INC., by having my automobile returned immediately, removal of LAFONTAINE CHEVROLET from the title, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

December Fifth, Two-Thousand-Twenty-Two

*By: Bryan Casey Hamilton* (signature)

Bryan Calvin Hamilton
31019 Dorchester Apt 280
New Hudson, MI 48165

TORT CLAIM - 2

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the informat provided by local rules of court. This form, purpose of initiating the civil docket sheet.

Case 2:22-cv-12944
Judge: Leitman, Matthew F.
MJ: Grey, Jonathan J.C.
Filed: 12-05-2022 At 02:35 PM
CMP HAMILTON v LAFONTAINE CHEVROLET, INC

...nty in which action arose: Washtenaw
...gs or other papers as required by law, except as ...ired for the use of the Clerk of Court for the

I. (a) ~~PLAINTIFFS~~ Claimant
Bryan Calvin Hamilton

~~DEFENDANTS~~ Wrongdoer
LAFONTAINE CHEVROLET, INC

(b) County of Residence of First Listed Plaintiff    Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Washtenaw
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ■ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
title 15 U.S. Code § 1635
Brief description of cause:
Violation of title 15 U.S. Code § 1635 (b) Return of Money or Property Following Rescission

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes    ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes    ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :